Sandra **ROBINSON**, Plaintiff–Appellant,

v.

**NIELSEN TV RATINGS**, Defendant–Appellee.

No. 12–1849.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2013.

Decided: March 19, 2013.

Sandra Robinson, Appellant Pro Se. John M. Barr, Crystal L. Norrick, Jackson Lewis, LLP, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Sandra Robinson appeals the district court's order denying her motion to file a belated appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Nielsen TV Ratings,* No. 3:10–cv–00009–JRS (E.D.Va. June 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*